UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America, *ex rel.*, Karen Miniex, | § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-18-1609 |
| Houston Housing Authority, *et al.*, | § § § | |
| Defendants. | § | |

## Final Dismissal

Karen Miniex's claims against the City of Houston, the Houston Housing Authority, J. Allen Management Co., Inc., Allied Orion Group, LLC, Orion Real Estate Services Texas, Inc., The Lynd Company, and Tarantino Properties, Inc., are dismissed with prejudice. (57)(61)(62)(66)(93)(106)

Signed on May 26, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge