United States Courts
Southern District of Texas
FILED
December 20, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 22, 2023
Lyle W. Cayce
Clerk

No. 21-20435

UNITED STATES OF AMERICA, *ex rel*, KAREN MINIEX,

*Plaintiff—Appellant,*

*versus*

HOUSTON HOUSING AUTHORITY; CITY OF HOUSTON; J. ALLEN MANAGEMENT COMPANY, INCORPORATED; ALLIED ORION GROUP, L.L.C.; ORION REAL ESTATE SERVICES TEXAS, L.L.C.; THE LYND COMPANY; TARANTINO PROPERTIES, INCORPORATED,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1609

Before JOLLY, DENNIS, and HIGGINSON, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the dismissal of Miniex's claims against HHA is REVERSED and the case is REMANDED for

No. 21-20435

further proceedings not inconsistent with the court's opinion. We AFFIRM the dismissal of the claims against the City because of inadequate briefing. We AFFIRM the dismissal of Miniex's claims against the PMCs because the TAC fails under Fed. R. Civ. P. 9(b) and 12(b)(6). And finally, we AFFIRM the district court's decision to deny Miniex's motion for leave to amend the TAC.

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Dec 20, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 20, 2023

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 21-20435    Miniex v. Houston Housing Authority  
                          USDC No. 4:18-CV-1609

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Rebecca L. Leto, Deputy Clerk  
                                  504-310-7703

cc:  Mr. Michael Adams-Hurta  
     Ms. Mary Lucille Anderson  
     Mr. Sartaj Singh Bal  
     Mr. Chris Carmona  
     Mr. Felix M. Digilov  
     Mr. Kevin H. Fulton Jr.  
     Mr. William S. Helfand  
     Mr. Andrew L. Johnson  
     Mr. Brendan H. Little  
     Ms. Collyn Ann Peddie  
     Mr. Matthew Francis Popp  
     Mr. Cory S. Reed  
     Mr. Dylan B. Russell  
     Mr. Richard M. Scherer Jr.