# EXHIBIT J

MINIEX_000673

## Coleman, Kevin

| | |
|---|---|
| **From:** | Gage, Brian |
| **Sent:** | Thursday, January 26, 2017 7:54 PM |
| **To:** | Rogers, Mike; Bryce, David; Griffin, George; Bergmann, Christopher; Carreon, Joe; Coleman, Kevin; Nguyen, Huy |
| **Subject:** | OIG Audit resolution |

HUD met with us yesterday and is not going to let us go easy on the $3M finding. We need to do some digging for ICE's or "support".

The Field office indicated that we could "support" the purchases if we could find evidence that there was a cost consideration done prior to the bid or issuance of the solicitation.

This would include :
1. any emails that mentions what it might cost for the service.
2. Any budgets that contemplated the work being included
3. CFP budgets that may have been submitted
4. Environmental reviews with a cost estimate
5. Solicitations prior to the subject solicitation that provide evidence that HHA staff was aware of the cost of the service
6. Any other piece of paper or electronic document that will help to make an appeal to HUD that we should not repay the funds.

Below is the list of projects and vendors and dates of payment, not the date of procurement. If your office has any files that may pertain to any of these projects please retain them in a safe location for review.

ALSO, if you know of anyone that might have knowledge of these projects, asset managers procurement staff legal staff that may have worked on these projects (**even if they are former employees**) please let me know so we can look through any old records and emails to see if documents exits that would mitigate our repayment amount.

| Payee ID | Payee Name | Transaction Date | Line Item Description |
|---|---|---|---|
| A011445 | General Contractor Services- Inc | 5/22/2012 | REPLACE FLOOR DECKING/FOREST GREEN; PAYMENT NO. 1 |
| 576459 | FSI Construction | 11/8/2012 | Demo and Replace ADA Parking Space - See attached |
| 576459 | FSI Construction | 5/24/2013 | FSI - Clayton Homes Remove and replace |

MINIEX_000674

| | | | |
|---|---|---|---|
| 576459 | FSI Construction | 7/8/2014 | FSI Construction- Gutter Cleaning and Repair at |
| 576459 | FSI Construction | 1/10/2013 | FSI Construction Irvinton Village - Remove and |
| 576459 | FSI Construction | 7/3/2013 | FSI Construction - Lyerly 2nd Floor |
| 576459 | FSI Construction | 2/14/2014 | FSI - Lyelry BID Job: Unit 236 - Fire |
| 576459 | FSI Construction | 5/9/2014 | FSI Construction- Invoice 10034.1 Hallway |
| 576459 | FSI Construction | 5/22/2014 | FSI Construction- Invoice 10034.2 Hallway |
| 576459 | FSI Construction | 7/10/2014 | FSI Construction Inv. #10034.3 Job 100% |
| 576459 | FSI Construction | 5/3/2013 | FSI - KELLY VILLAGE Pressure wash surface, |
| 576459 | FSI Construction | 3/7/2014 | FSI- Long Drive Brief Scope of Work: |
| 585329 | Coinmach Corporation | 12/13/2013 | LEASE BUYOUT AGREEMENT - WILMINGTON HOUSE |
| 563296 | Southwest Painting Contractors, Inc. | 8/23/2012 | SOUTHWEST PAINTING - Community Building Interior |
| A014666 | HD Supply Facilities Maintenance, LTD. | 7/18/2014 | HD Supply- Irvinton Village Appliances: |
| 587682 | Mercal Refinishing | 7/10/2014 | Mercal Refinishing- Painting and touch up of |
| A008296 | Elevator Transportation Services Inc | 8/23/2013 | ETS bid For Lyelry Scope of Work: Installation |
| 570110 | On The Spot America, Inc. | 7/6/2012 | OTSC CONSTRUCTION: Commerical Double Door |
| 570732 | RDI Mechanical Inc. | 1/20/2012 | REPLACEMENT OF HVAC SYSTEM - BELLERIVE; NO. 1 |
| 572431 | ERC | 10/18/2012 | EXTERIOR PAINTING - FOREST GREEN; PAYMENT NO. 1 |

MINIEX_000675

| 572431 | ERC | 10/26/2012 | EXTERIOR PAINTING - FOREST GREEN; PAYMENT NO. 2 |
|---|---|---|---|
| 572431 | ERC | 12/14/2012 | EXTERIOR PAINTING FOREST GREEN; PAYMENT NO. 3 |
| 589106 | A & K Remodeling Turnkey | 7/11/2014 | A & K Remodeling- Exterior Concrete repairs on |
| 580431 | Atex Air Company | 12/6/2013 | HVAC & HEATER MAINTENANCE 100 UNITS/FOREST GREEN |
| 580431 | Atex Air Company | 6/14/2013 | A/C REPAIR: INSTALLATION COMPRESSORS @CUNEY HOMES |
| 580170 | QT Pressure Wash | 7/3/2013 | PRESSURE WASH ALL IRON & REMOVE DIRT, MILDEW-CUNEY |
| 583013 | AAR Incorporated | 8/30/2013 | DEMOLITIONS BUILDING 133-140 @KELLY VILLAGE; NO. 1 |

MINIEX_000676