# EXHIBIT K

MINIEX_000677



**ALLIED ORION GROUP, LLC.**   2051 Greenhouse Road, Suite 300 • Houston, Texas 77084

Phone: 713-622-5844 • Fax: 713-622-4762 • www.allied-orion.com

May 13, 2016

W&R Construction  
Wendell A. Robbins, Jr.  
P.O. Box 313027  
Houston, Texas 77231-0327

Certified Mail-70141200000122996363

Dear Mr. Robbins

Due to an administrative oversight, the solicitation for a contractor to renovate Unit 111-H is being cancelled. A new Invitation for Bid for the work will be issued; all interested parties, including W & R Construction Company, will have an opportunity to bid on the work, and an award will be made to the lowest responsive bidder.

Allied-Orion Group LLC will continue its efforts to timely respond to inquiries from companies regarding why they were not awarded a particular job. To the extent that you did not receive a timely response to the letters and emails you sent regarding your company's bid on the renovation of Unit 111-H, Allied-Orion Group LLC will endeavor to ensure that, going forward, it responds promptly to such requests.

Should you have any questions, or should need any other clarification please feel free to contact me at 713-622-5844.

Cordially,

*Cynthia Y. Fowler*

Cynthia Y. Fowler  
Senior Regional Supervisor, SPHM, COS-P, COS, TCS, PHM, PHS  
Allied Orion Group, LLC.  
2051 Greenhouse Road, Suite 300  
Houston, Texas 77084  
Office: (713) 622-5844 Ext 1153

Cc: file  
Susan Jarvis