United States District Court
Southern District of Texas
**ENTERED**
January 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN MINIEX, UNITED STATES OF AMERICA and MICHAEL STEWART, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Case No. 4:18-CV-01609 |
| HOUSTON HOUSING AUTHORITY, CITY OF HOUSTON, J. ALLEN MANAGEMENT CO., INC., ALLIED ORION GROUP, LLC, ORION REAL ESTATE SERVICES TEXAS, LLC, THE LYND COMPANY and TARANTINO PROPERTIES, INC., | § § § § § § § § § | |
| Defendants. | § | |

## SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. September 27, 2024 — **EXPERTS (other than attorney's fees)**
   The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

   October 25, 2024 — The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

2. January 17, 2025 — **COMPLETION OF DISCOVERY**
   Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may continue discovery beyond the deadline by agreement.

3. February 7, 2025 — **PRETRIAL MOTIONS DEADLINE (except for motions *in limine*)**
   No motion may be filed after this date except for good cause.

| | | |
|---|---|---|
| 4. | February 6, 2025 | **MEDIATION OR SETTLEMENT CONFERENCE**<br>Mediation or other form of dispute resolution must be completed by this deadline. |
| 5. | April 24, 2025 | **JOINT PRETRIAL ORDER AND MOTION *IN LIMINE* DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Use the forms provided on the Court's website. https://www.txs.uscourts.gov/page/united-states-district-judge-drew-b-tipton.<br>Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with the applicable rules. **Exhibit lists, witness lists and proposed deposition excerpts may not be amended or supplemented after this date unless by agreement**. Objections to any of these shall be filed no later than three business days after this date and responses to those objections shall be filed no later than six business days from this date. |
| 6. | May 8, 2025 | **DOCKET CALL**<br>Docket Call will be held at 2:00 p.m. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable. |

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers. This includes any motion to compel, to quash, for protection, or for extension. Lead counsel must personally confer on all discovery and scheduling disputes as a final attempt at resolution prior to involving the Court. To obtain permission, the party seeking relief must submit a letter not exceeding two pages. Identify the nature of the dispute, outline the issues, and state the contested relief sought. Describe the conference between lead counsel and summarize the results. Send a copy to all counsel and unrepresented parties. The opposing party should promptly submit a responsive letter of similar length identifying any disagreement. Do not submit a reply letter. The foregoing letters should be sent by email to the Court's case manager, Kellie Papaioannou at Kellie_Papaioannou@txs.uscourts.gov.

It is SO ORDERED.

2

Signed on January 19, 2024.

                                                 _____
                                                         **DREW B. TIPTON**
                                             **UNITED STATES DISTRICT JUDGE**

3