IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Karen Miniex,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON HOUSING AUTHORITY,<br><br>Defendant. | § § § § § § § § § § § § § | No. 4:18-cv-1609<br><br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE

Relator Karen Miniex served a third-party subpoena on J. Allen Management Co., Inc. in September. J. Allen timely objected to the subpoena and moved to quash. Docs. 168–69. During a discovery hearing on October 10, the Court carried J. Allen's motion to quash and ordered Relator and J. Allen to advise the Court by November 25 if they had been able to resolve the motion. For the reasons detailed below, Relator agrees to withdraw its subpoena, and J. Allen agrees to withdraw its objections and motion to quash, without prejudice.

1. Counsel for Relator and J. Allen have conferred by email and phone. J. Allen is aware that Relator and HHA have moved to modify the scheduling order to extend all pending deadlines by six months. J. Allen is also aware that Relator and HHA plan to mediate in February.

2. With all that in mind, and to avoid unnecessary motion practice and expense on both the Court and the parties, Relator and J. Allen have agreed as follows:

- Relator will withdraw her subpoena without prejudice. Relator may re-serve the subpoena, or a modified version of it, as appropriate.

- J. Allen will withdraw its objections and motion to quash without prejudice. If Relator reserves J. Allen with a subpoena, J. Allen reserves all rights to object to or move to quash the subpoena.

Respectfully submitted,

**REESE MARKETOS LLP**

By: */s/ Joshua M. Russ*

    Joshua M. Russ
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Brett S. Rosenthal
    Texas Bar. No. 24080096
    brett.rosenthal@rm-firm.com
    Jamison M. Joiner
    Texas Bar No. 24093775
    jamison.joiner@rm-firm.com

    750 N. Saint Paul St. Ste. 600
    Dallas, Texas 75201-3201
    Telephone: (214) 382-9810
    Facsimile: (214) 501-0731

**ATTORNEYS FOR RELATOR**

**HOOVER SLOVACEK LLP**

By: */s/ Daniel S. Edmunds*
Daniel S. Edmunds
State Bar No. 24115624
edmunds@hooverslovacek.com
Lauren A. Burgess
State Bar No. 24136768
burgess@hooverslovacek.com
Galleria Tower II
5051 Westheimer Road, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR NON-PARTY J. ALLEN MANAGEMENT CO.**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was served through the Court's ECF system on all counsel of record on November 22, 2024.

>   */s/ Joshua M. Russ*
>   Joshua M. Rush